RECEIVED
IN MONROE, LA

FEB 2 3 2007
ＡＣ
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

DON D. RICKS                                          CIVIL ACTION NO. 06-1457

VERSUS                                               JUDGE ROBERT G. JAMES

WARDEN RICHARD DEVILLE                    MAG. JUDGE KAREN L. HAYES

JUDGMENT

On October 4, 2002, Petitioner Don D. Ricks ("Ricks"), acting *pro se*, filed a Petition for

Writ of *Habeas Corpus* [Doc. No. 1]. On January 9, 2007, Magistrate Judge Karen L. Hayes

issued a Report and Recommendation [Doc. No. 3] recommending that Rick's petition be denied

and dismissed without prejudice because he failed to exhaust his state court remedies and his

prayer for money damages is not cognizable in a *habeas* proceeding. A copy of this Report and

Recommendation was forwarded to Ricks at the Caldwell Correctional Center, his last known

place of confinement. The Report and Recommendation was returned to the Clerk of Court on

January 17, 2007, marked "Not Here."

Local Rule 41.3W, in pertinent part, provides:

> The failure of an attorney or *pro se* litigant to keep the Court
> apprised of an address change may be considered cause for
> dismissal for failure to prosecute when a notice is returned to the
> Court for the reason of an incorrect address and no correction is
> made to the address for a period of 30 days.

In the present case, the Magistrate Judge's Report and Recommendation was returned to

the Clerk of Court as undeliverable on January 17, 2007. Ricks failed to advise the Court of his

new address by February 17, 2007. The thirty day period within which Ricks was required to

1

notify the Court of his new address has expired.

Accordingly, IT IS ORDERED, ADJUDGED, and DECREED that Rick's Petition for

Writ of *Habeas Coprpus* is DISMISSED WITHOUT PREJUDICE for failure to prosecute

pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Local Rule 41.3W.

MONROE, LOUISIANA this __23__ day of February, 2007.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE